JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR CEDANO, ) | NO. CV 20-0401-FMO (KS) |
|    Petitioner, ) | |
|   v. ) | JUDGMENT |
| ) | |
| PEOPLE ) | |
|    Respondent. ) | |
| _____ ) | |

 Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 22, 2020         _____/s/_____
                        FERNANDO M. OLGUIN
                      UNITED STATES DISTRICT JUDGE